# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sally Ann Wright

                V.                   **JUDGMENT IN A CIVIL CASE**

Iovate Health Sciences U.S.A., Inc. And Does 1 through 100, Inclusive

        **CASE NUMBER:**    11cv1303-BTM(KSC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is Dismissed without Prejudice.

| May 15, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON May 15, 2012 |